UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZAKARIA IBRAHIM,<br><br>   Defendant. | Case No. 18-CR-313 (EGS) |

**GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

The United States of America does not oppose defendant Zakaria Ibrahim's motion to lift the release condition that he stay away from the District of Columbia Department of Consumer and Regulatory Affairs.  The government does request that all other release conditions, including the order that Ibrahim stay away from the D.C. Office of Tax and Revenue and the Egyptian Embassy, remain in place.

Respectfully submitted,

JESSIE K. LIU
United States Attorney for the District of Columbia

By:         /s/
JONATHAN KRAVIS
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-6886
Email: jonathan.kravis3@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2018, a copy of this filing was served by electronic mail upon Carlos Vanegas, counsel for the defendant.

        /s/
Jonathan Kravis
Assistant United States Attorney